IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCO RAMOS, et al., | : | CIVIL ACTION |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-cv-1779 |
| NAVMAR APPLIED SCIENCES CORPORATION, | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this __17th__ day of October, 2018, after a hearing on final approval of the parties' Settlement Agreement and Release, with there being no objections to the settlement, the Court hereby finds that the settlement represents a fair, reasonable, and adequate resolution of the Fair Labor Standards Act claims against Defendant.

Accordingly, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge